

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Janet Wheeler, an individual

Civil Action No.   15cv2236-CAB-AGS

**Plaintiff,**

**V.**

Home Depot U.S.A., Inc.; Does 1-10

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion for summary judgment is Granted. Judgment shall be entered for Defendant and the Clerk of the Court shall Close the case. It is SO ORDERED.

Date:         3/22/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Gutierrez

J. Gutierrez, Deputy